IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHAWN TITUS,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN MERCER, THOMAS BRENTLEY, GAGE COBB, ALYSON ROUDEBUSH, TODD HUTTON, GEORGE THOMPSON, RIKO BISHOP, MICHAEL PIRTLE, FRANCIE RIEDMANN, FRANKIE MOORE, and DAVID ARTERBURN,<br><br>Defendants. | 8:23CV377<br><br>**MEMORANDUM AND ORDER** |

On August 25, 2023, the Court ordered Plaintiff to either file a motion to proceed in forma pauperis or pay the filing fee within 30 days or his Complaint would be dismissed without further notice. Filing No. 8. To date, Plaintiff has not paid the filing fee, filed a motion to proceed in forma pauperis, or taken any other action in this matter, and the deadline to do so has passed.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with a Court Order. The Court will enter judgment by a separate document.

Dated this 2nd day of October, 2023.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Court